# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DIVYA G., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. SA CV 21-00727-VBF (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

After de novo review of those portions of the Report and Recommendation to which plaintiff objected:

**Plaintiff's objections (Doc #21) are OVERRULED, and the Magistrate Judge's Report and Recommendation (Doc #20) is ADOPTED.**

**The decision of the Commissioner of Social Security is AFFIRMED.**

**This action is DISMISSED with prejudice and the case is terminated.**

Final judgment shall be entered as a separate document.

Dated: September 14, 2022         /s/ Valerie Baker Fairbank
                                  _____
                                  The Hon. Valerie Baker Fairbank
                                  Senior United States District Judge